**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VALENTIN REID, on behalf of himself and all others similarly situated,

                    Plaintiff,

-against-

BLACK DIAMOND EQUIPMENT, LTD.,

                    Defendant.

**ORDER**

19 Civ. 9438 (ER)

Ramos, D.J.:

    The Court having been advised that the parties have reached a settlement in principle, it is ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

    Any application to reopen **must be filed within thirty days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next thirty (30) days with a request that the agreement be "so ordered" by the Court.

    SO ORDERED.

Dated:    November 21, 2019
             New York, New York

                                        Edgardo Ramos, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: November 21, 2019